AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SHEET METAL WORKERS LOCAL 265
WELFARE FUND, et al.

CASE NUMBER: 08CV 3647

V.

ASSIGNED JUDGE: JUDGE GETTLEMAN

NORTHWEST MECHANICAL
CONTRACTORS, INC., an Illinois corporation

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER

TO: (Name and address of Defendant)

Northwest Mechanical Contractors, Inc.
c/o Monica R. Biewer, Registered Agent/Secretary
1242 Muriel Drive
Woodstock, IL  60098

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within     Twenty (20)     days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

_(signature)_

(By) DEPUTY CLERK

June 26, 2008
Date

United States District Court

Docket No. 08 CV 3647

Northern District of Illinois

## AFFIDAVIT OF SERVICE

**LINDA K. NITZ** deposes and says that she is a registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and is therefore authorized, pursuant to the provisions of Chapter 735, "Code of Civil Procedure", Section 5/2-202, Illinois Compiled Statues, to serve process in the above cause, and that the defendant was served in the following manner:

On Wednesday, July 9, 2008 at 10:40 AM by leaving a true and correct copy of the attached Summons and a copy of the Complaint or Petition with NORTHWEST MECHANICAL CONTRACTORS, INC. as shown below:

SERVED the within named **NORTHWEST MECHANICAL CONTRACTORS, INC.** by delivering a true copy of the Summons and a copy of the Complaint or Petition to **Monica R. Biewer, Agent,** a person authorized to accept service of process as agent.

Said service was effected at **1258 N. Rose Farm Road Unit 5, Woodstock, IL 60098**.

DESCRIPTION of Person Served: Date of Birth: 1/9/1971; Sex: Female; Race/Skin Color: White;

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct; except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

JUL 0 9 2008

_____  
Dated

_____  
Linda K. Nitz